DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| SELENE KARINA BARRERA and JESUS GARCIA ANTONIO<br>5979 COMMERCE BLVD STE 3&4<br>ROHNERT PARK, CA 94928 | Chapter 13<br>Case No: 20-10008 DM<br>Date: August 12, 2020<br>Time: 01:10 PM<br>Ctrm: TELEPHONE/VIDEO |
| Debtor(s) | |

**MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE PRIOR TO CONFIRMATION**

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 01/07/2020.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate. The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion. You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:   July 2, 2020                                     DAVID BURCHARD
                                                          DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

SELENE KARINA BARRERA and JESUS
GARCIA ANTONIO
5979 COMMERCE BLVD STE 3&4
ROHNERT PARK, CA 94928

Debtor(s)

Chapter 13
Case No:  20-10008 DM
Date:     August 12, 2020
Time:     01:10 PM
Ctrm:     TELEPHONE/VIDEO

# DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 01/07/2020.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

| | |
|---|---|
| _____ | Failure to make required payments to the Trustee. $ _____ is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| X | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 2, 2020 in Foster City, California.

Dated:  July 2, 2020

DAVID BURCHARD
DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    SELENE KARINA BARRERA and JESUS GARCIA ANTONIO
    5979 COMMERCE BLVD STE 3&4
    ROHNERT PARK, CA 94928

The following recipients have been served via Court's Notice of Electronic Filing:

    EVAN LIVINGSTONE
    evanmlivingstone@gmail.com

Dated:    July 2, 2020                                      TINA MITCHELL
                                                                                                               TINA MITCHELL

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SELENE KARINA BARRERA and JESUS GARCIA ANTONIO<br>5979 COMMERCE BLVD STE 3&4<br>ROHNERT PARK, CA 94928<br><br><br><br>Debtor(s) | Case No.: 20-10008 DM<br>Chapter 13<br><br>ATTACHMENT "A" |

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion:

1. The debtor's plan was filed after the Notice of Bankruptcy was filed and has not been served on all creditors. Trustee requested the plan be served on all creditors with 28 days' notice, and a certificate of service evidencing service of the plan be filed with the Court. The debtor has failed to file a certificate of service evidencing service of the plan.

2. The debtor's plan proposes fixed monthly payments of $907.13 to be paid through the plan; however, the debtor's monthly plan payment is only $736.00. Trustee requested an amended plan that addresses this issue. The debtor has failed to file an amended plan.

3. At the 341 Meeting of Creditors, the Trustee requested the following documentation: amended voluntary petition to include all names used by the debtor within the last 8 years. The debtor has failed to provide the requested documentation.

4. Trustee received incomplete attachments to the Chapter Thirteen Business Questionnaire. Trustee requested that the questionnaire and its supporting documents be provided no later than seven days prior the schedule 341 Meeting of Creditors. The debtor has failed to provide the following documents: bank statement from Bank of America account number ending 4492 for September 26, 2019 through October 28, 2019; bank statement from Bank of America account number ending 9590 for December 7, 2019 through December 31, 2019.

5. Trustee is in receipt of an outdated Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys. Trustee requested for an amended Rights and Responsibilities be filed, using the current version which became effective January 1, 2019. The debtor has failed to file this document.